UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 19807
   LUIS HERNANDEZ
   MARIA TERESA HERNANDEZ                 CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-9587     SSN XXX-XX-8913
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/20/04 and confirmed on 09/20/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 28260.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 3699.92 | .00 | 3699.92 |
| ADVANTA BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6661.24 | .00 | 2518.11 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 15505.97 | .00 | 5861.62 |
| ROUNDUP FUNDING LLC | UNSECURED | 5878.78 | .00 | 2222.32 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 24800.53 | .00 | 9375.19 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 278.37 | .00 | 105.23 |
| SBC AMERITECH CORP | UNSECURED | 8608.29 | .00 | 3254.14 |
| MONEY CONTROL INC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | COST OF COLLE | .00 | .00 | .00 |
| RUDDY MILROY & KING | CO-COUNSEL | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3699.92 | .00 | 61733.18 | .00 | 65433.10 |
| PRINCIPAL PAID | 3699.92 | .00 | 23336.61 | .00 | 27036.53 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3699.92 | .00 | 23336.61 | .00 | 27036.53 |

The Debtor's attorney, FRANK X WEINERT III         , was allowed $       .00 and was paid $       .00 .

The Trustee received $   1187.47 .

Refunds to the Debtor totaled $    36.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE